# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------x

Dennis Thompson # 16007975

Full name of plaintiff/prisoner ID#


Plaintiff,

-against-

County of Nassau - Sgt James Crawford # 7614
Hempstead Police Dept

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.

----------------------------------------------x

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 10 2017 ★

LONG ISLAND OFFICE

JURY TRIAL DEMAND
YES_____ NO_____

# CV 17 1490

**AZRACK, J.**

**LOCKE, M. J.**

I.  Previous Lawsuits:

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       otherwise relating to your imprisonment? Yes ( X ) No ( )

   B.  If your answer to A is yes, describe each lawsuit in the space below
       (If there is more than one lawsuit, describe the additional lawsuits
       on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit:

          Plaintiffs:  Dennis Thompson
                                        Lynch
                                         vs
          Defendants:                   DeMarco
                       Riverhead / Yaphank correctional Facility

       2. Court (if federal court, name the district;
          if state court, name the county)
          Long Island Eastern District U.S Courthouse

       3. Docket Number: CV-11-02602

I

I (A) Yes

    1 - Plaintiffs - Dennis Thomason

    1 - Defendents - Nassau County Correctional Center

A)
        Sheriff - Mike Spizzoto

        Medical Staff - Dr Merker

        Corporal - Donnerry & shield 252

    2 - Long Island Eastern District U.S Courthouse
    3 - CV17 0818
    4 - Judges Azrack, J and Locke, M.J.

B)  I (A) Yes

    1 - Plaintiffs - Dennis Thomason

    1 - Defendents - County of Nassau, New York

        Sgt James Cranford

4. Name of the Judge to whom case was assigned: _Judge_ _Joanna Seybert_

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____ _Pending_ _____

6. Approximate date of filing lawsuit: _____ _2011_ _____

7. Approximate date of disposition: _____ _Dec 9, 2013_ _____

II. Place of Present Confinement: _Yaphank / Riverhead Correctional Facility_

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (X)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (X)

C. If your answer is YES,

1. What steps did you take? _____
_____
_____

2. What was the result? _____
_____

D. If your answer is NO, explain why not _I'm suing the county,_ _the Sgt, the ambulance dept, and Hospital_

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (X)

F. If your answer is YES,

1. What steps did you take? _____
_____
_____

2. What was the result? _____
_____

2

III.     Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff _Dennis Thompson #16007975 E2F3_

Address _100 Carman Ave East Meadow New York 11554_

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1

_County of Nassau_
_Police precint, on Main st between_
_Jackson and Washington Ave Hempstead NY_

Defendant No. 2

_Sgt James Crawford #761, 4_ Shield
_precint is between Jackson and Washington Ave_
_off main st Hempstead_

Defendant No. 3

_Ambulance Dept_

_No Known address at this time_

Defendant No. 4

_Hospital - That information hasn't reached_
_me, Due to being lost at the NCCC 100_
_Carman Ave East Meadow NY 11554_

Defendant No. 5

_____
_____
_____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

## IV. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

① Sgt James Crawford #761.4 Found me in a container on my knees. He ordered me to show my hands. I layed down with my hands out. He told me in a very irrate yelling voice with his taser and gun drawn. To get up. I rose to my knee with my hands up. He then yelled irrately to stand, As I began to stand straight up with my hands in the air. He shot me 3 times with his taser, Each time I repeatedly said " my heart, my heart" He didn't care, He tried to cause cardiac arrest, and to kill me, Cause I was black, I note! Had no weapon near, on, or anywhere in my possession, This happened Nov 13th 2016 at 7:09 pm location 55 New St Oceanside New York. ② I was put in a ambulance which the attendant knew nothing about tased victims ③ The Hospital did not feed me from 8-3 pm Nor did they take. He also put his foot on my knee while he hand cuffed me. Excessive force which was not necessary at all. And I was told I should have died, from that many times tased.

## IV. A

If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I have been having sharp Chest pains, heart palpitations, shortness of breath, Irregular heart beats, skip beats early and late, mental pain and suffering, And post tramatic disorder, I've had my blood taken as well as EKG, But have been told just like my mygrains. They can only tell when I am actually having the issues of pain and shortness of breath. I have sense had several occurances while in jail, Long term problems can occur as time progresses the doctor said.

## V.    Relief:

State what relief you are seeking if you prevail on your complaint.

I am seeking 15 millions dollars for all my symptoms
Now I fear all police due to being a black man. I don't
come out my cell much. And I'm going to try to see a mental
health specialist or doctor. For my mental pain and suffering
I also feel I've been unheard by the news, violated due to being
black and discriminated without a doubt. My life was threatened
for no reason at all. I want this persued, I need legal representation

I declare under penalty of perjury that on ___2/10/17___, I delivered this

                                          (Date)

complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this ___10___ day of ___February___, 201_7_. I declare under penalty of

perjury that the foregoing is true and correct.

_(signature)_
Signature of Plaintiff

Nassau County Correctional Center
Name of Prison Facility

100 Carman Avenue

East Meadow New York 11554

Address

#16007975
Prisoner ID#

CARMINE PULGRANO
Notary Public, State of New York
No. 01PU6094168
Qualified in Nassau County
Commission Expires June 16, 20_17_

_(signature)_